United St...

For ...

CASE NUMBER  1:05CV01565

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/03/2005

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Watkins                    Administrative Tort Claim
        Plaintiff            No. TRT-NER-2005-01596

        v.

Ronnie R. Holt, Warden        F.C.I. Schuylkill, P.O. Box 759,
Henry J. Sadowski and         Minersville, PA. 17954-0759.
Federal Bureau of Prisons     Northeast Regional Office, room
        Defendant,             801, U.S. Custom House 2nd
                              and Chestnut Streets Philadelphia, PA. 19106

        Complaint

Civil rights complaint pursuant to the Federal Tort
Claim Act, 28 U.S.C. §1346, 2671-2680

**RECEIVED**

JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. Feburary 17, 2005, is the Plaintiff Expiration
full term date.

7. All of the Plaintiff Mandatory Good Time have to
come off of January 7, 2000 to February 17, 2005.

8. (August 17, 2003, is the Plaintiff Mandatory Good Time
date.

9. The Plaintiff seek to be Compensated in the amount
of $75,000,000.00, for personal injury and personal
property loss.

10. The Plaintiff would like to be produces to the Court
for the hearing to discuss his claim.

11. The Plaintiff would like a jury trial.

RECEIVED

JUL 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

5. Mr. Henry J. Sadowski, receiving the claim/case was misleading and dealing in Fraud.

(ON January 18, 2005 and transferring the case on January 27, 2005, to the District of Columbia.