

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

Exhibit A.

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

January 24, 2005

Joseph Watkins, Reg. No. 36526-118
Federal Correctional Institution - Schuylkill
Interstate 81 & 901 West
Minersville, Pennsylvania 17954

RE: Administrative Tort Claim No. TRT-NER-2005-01396

Dear Mr. Watkins:

This office is in receipt of your tort claim in which you seek to be compensated in the amount of $75,000,000.00 for an alleged personal injury and property loss. Your claim was properly received by this agency on January 18, 2005.

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2675, we have six months from the date of receipt to review, consider and adjudicate your claim. Accordingly, you may expect to hear from us on or before July 17, 2005.

All correspondence regarding this claim should be addressed to me at: Federal Bureau of Prisons, Northeast Regional Office, Room 801, U.S. Custom House, 2nd & Chestnut Streets, Philadelphia, Pennsylvania 19106. If you have any questions about the status of your claim, or if the circumstances surrounding this claim change in any fashion, you should contact me immediately. Also, should your address change, you should advise me accordingly.

Sincerely,

Henry J. Sadowski
Regional Counsel

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1565



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Exhibit B

| | | |
|---|---|---|
| *Aleta T. Bodolay*<br>*Paralegal Specialist* | *Post Office Box 888*<br>*Benjamin Franklin Station*<br>*Washington, D.C. 20044* | *Telephone: (202) 616-4262*<br>*Facsimile: (202) 616-5200* |

PJP:ATBodolay:hls
157-16-NEW

January 27, 2005

Joseph Watkins
#36526-118
FCI Schuylkill
Post Office Box 759
Minersville, PA 17954-0759

    RE:    <u>Administrative Tort Claim of Joseph Watkins</u>

Dear Mr. Watkins:

    This is in response to the administrative tort claim dated January 5, 2005, post-marked January 6, 2005, which you presented to the Department of Justice. The Department of Justice received your claim on January 13, 2005.

    Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agency for evaluating the merits of your claim is the Federal Bureau of Prisons. Accordingly, I am forwarding your claim to the Federal Bureau of Prisons.

    Please direct all further communication regarding this matter to the Federal Bureau of Prisons at the address listed below.

                              Very truly yours,

                              ALETA BODOLAY
                              Paralegal Specialist
                              Torts Branch, Civil Division

cc:    Joyce Zoldak
        Associate General Counsel
        Federal Bureau of Prisons
        320 First Street, N.W., Room 977 HOLC
        Washington, D.C. 20534

**FILED**
AUG - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1565

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** June 9, 2005

**REPLY TO ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-01396

**TO:** Joseph Watkins, Reg. No. 36526-118
FCI Schuylkill

Your Administrative Tort Claim No. TRT-NER-2005-01396, properly received by this agency on January 12, 2005, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $75,000,000.00 for an alleged personal injury and personal property loss. Specifically, you claim you are being illegally incarcerated because your sentence has not been properly computed, causing you mental anguish and emotional stress.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals your sentence has been properly computed. There is no evidence to suggest that negligence on the part of any Bureau of Prisons' employee has resulted in your alleged personal injury and loss of personal property.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Ronnie R. Holt, Warden, FCI Schuylkill

05 1565
**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
PHLAU   540*23  *          SENTENCE MONITORING         *    11-09-2004
PAGE 001        *          COMPUTATION DATA            *    14:17:01
                           AS OF 11-09-2004

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


FBI NO............: 249505P3              DATE OF BIRTH: 09-07-1952
ARS1..............: PHL/A-BOP HLD
UNIT..............: 4 NORTH                QUARTERS.....: D02-449L
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-03-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-03-2006 VIA MAND REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5901-86,F-148-94B
JUDGE...........................: KING
DATE SENTENCED/PROBATION IMPOSED: 08-17-1988   Exhibit H
DATE WARRANT ISSUED.............: 07-02-1996   Exhibit B        3 years and 5 mos.
DATE WARRANT EXECUTED...........: 01-03-2000   Exhibit C
DATE COMMITTED..................: 12-13-2001
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

 REMARKS.......: CASE NUMBERS F-5901-86 AND F148-94B INCLUDED IN THIS COMP.
-------------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   620
OFF/CHG: 33-541 ATTEMPTED DISTRIBUTION OF HEROIN (CT.C) 4-15 YRS
         22-2601 ATTEMPTED PRISON BREACH 30 DYS CS

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.: 15 YEARS      30 DAYS   Exhibit A
 NEW SENTENCE IMPOSED...........: 2944 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 07-18-1986   Exhibit E




G0002        MORE PAGES TO FOLLOW . . .
```

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1565

```
PHLAU   540*23  *           SENTENCE MONITORING              *      11-09-2004
PAGE 002 OF 002  *            COMPUTATION DATA                *      14:17:01
                              AS OF 11-09-2004

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


---------------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-01-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.............: 01-03-2000
TOTAL TERM IN EFFECT...............: 2944 DAYS
TOTAL TERM IN EFFECT CONVERTED..:       8 YEARS     22 DAYS
EARLIEST DATE OF OFFENSE...........: 07-18-1986

TOTAL JAIL CREDIT TIME.............: 0
TOTAL INOPERATIVE TIME.............: 0
STATUTORY GOOD TIME RATE...........: 8
TOTAL SGT POSSIBLE.................: 773
PAROLE ELIGIBILITY.................: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE.............: 12-12-2005
TWO THIRDS DATE....................: N/A
180 DAY DATE.......................: 07-28-2007
EXPIRATION FULL TERM DATE..........: 01-24-2008   Exhibit G

NEXT PAROLE HEARING DATE...........: N/A
TYPE OF HEARING....................: PRESUMPTIVE PAROLE

PROJECTED SATISFACTION DATE........: 02-03-2006
PROJECTED SATISFACTION METHOD......: MAND REL

REMARKS........: COMP CERTIFIED BY DCRC ON 11-02-2004




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1565