AO 240 (Rev. 10/03)

For the **UNITED STATES DISTRICT COURT**

District of <u>COLUMBIA</u>

FILED
AUG - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Watkins
Plaintiff

v.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **05 1565**

I, <u>Joseph Watkins</u> declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>F.C.I. Schuylkill, Minersville PA.</u>

   Are you employed at the institution? <u>yes</u>   Do you receive any payment from the institution? <u>yes</u>

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. <u>July 3, 2005 last employment $5.60 salary and pay period. F.C.I. Schuylkill</u>

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   RECEIVED JUL 2 1 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

3

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

N/A

I declare under penalty of perjury that the above information is true and correct.

July 18, 2005
Date

*Joseph R. Watkins*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

### ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge          Date | United States Judge          Date |

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

UNITED STATES DISTRICT COURT

Joseph Walkins
_____

(petitioner/plaintiff)

-v-

Ronnie R. Holt and
Henry J. Sadowski
(respondent(s)/defendant(s))

I, Joseph Walkins, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   $16.00 a month, Schuylkill F.C.I., P.O. Box 700, Minersville, PA 17954

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

3. Have you ever received, within the past twelve months, any money from any of the following sources?

   | | | YES | NO |
   |---|---|---|---|
   | a. | Business, profession, or form of self-employment? | | ✓ |
   | b. | Rent payments, interest, or dividends? | | ✓ |
   | c. | Pensions, annuities, or life insurance payments? | | ✓ |
   | d. | Gifts or inheritances? | ✓ | |
   | e. | Any form of public assistance? | | ✓ |
   | f. | Any other sources? | | ✓ |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

_My sister Elena Watkins, send me $20.00_

4. Do you own any cash or do you have money in a checking or savings account?

   YES _____  NO _✓_ (Including any funds in prison accounts)

   If the answer is yes, state the total value owned.

   _____

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

   YES _____  NO _✓_

   If the answer is yes, describe the property and state its approximate value.

   _____

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   _N/A_

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   _N/A_

8. State any special financial circumstances which the court should consider in this application.

   _The plaintiff do not have any money_

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this ___7___ day of _____, 19_2005_

_____
(signature)