United States District Court

For the District of Columbia

Joseph Watkins

        Plaintiff      Civil Action No. 05-1565

                                               RMU

v.

Ronnie R. Holt, Warden
Henry J. Sadowski, Defendants.
and the Federal Bureau of Prisons.

Motion to Amend Civil Rights Complaint
    Pursuant to the Federal Tort Claims
Act, 28 U.S.C. 1346, 2671-2680, to
Add diagram of Eight (8) illegal years sentence.

1. The defendants had a duty of care to the Plaintiff.

2. The defendants breached that duty.

3. The Plaintiff were injured as a result of that breach.

RECEIVED

1.

On January 5, 2005, Joseph Watkins a District of Columbia parole violator, who was sentence in the District of Columbia Superior Court, confined at the Federal Correctional Institution at Schuylkill, Minersville, Pennsylvania, Filed a Civil Right Complaint pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346, 2671-2680.

Challenging the denial of his good time and hoping him illegal. (Which is causing him Mental Anguish and Emotional Stress.) Also, denying him his Expiration Full term date.

Background. See Exhibits on Computation Data.

The Plaintiff Date of Offense... July 18, 1986, see Exhibit E.

The Plaintiff Date Resentence... August 17, 1988, see Exhibit H.

The Date, the Warrant issued... July 2, 1996, see Exhibit B. 10 yrs.

The Date, the Warrant Executed... January 3, 2000, see Exhibit C.

The Plaintiff Expiration date... February 17, 2005, see Exhibit A. 5 yr 1m
(A total of 15 years and 1 month in the custody of the District of 15 yr 1m
Columbia.) Minus Eight 8 month inoperative time and one 1 month prison breach.

What is this
Additional time
For?

2006
2007
January 24, 2008, see Exhibit G.
or
February 21, 2008, see Exhibit J.

2

At the rate of 10 days a month under the old law, From January 3, 2000 to February 17, 2005, Equal 510 days, Equal 18 months. (August 17, 2003, is the Plaintiff Statutory Good Time Release Date.)

February 17, 2005, is the Plaintiff Expiration Full term date.

August 17, 2003, is the Plaintiff Statutory Good Time Release date.

3

(Eight 8 illegal years SENTENCE.)
The District of Columbia claims the Plaintiff owe them Eight 8 years. (From April 18, 1995 to June 6, 2003.)
SEE Exhibit I.

The District of Columbia added this time back on the Sentence. (From January 3, 2000 to February 21, 2008.)
SEE Exhibit J.

Diagram

| The time D.C. claim the Plaintiff owe. SEE Exhibit I - 2,972 days | The time D.C. added back on the sentence. SEE Exhibit J - 2,972 days |
|---|---|
| April 18, 1995 | January 3, 2000 |
| 1. 1996 | 2001 * |
| 2. 1997 | 2002 * |
| 3. 1998 | 2003 * |
| 4. 1999 | 2004 |
| 5. 2000 | February 17, 2005 = Expiration date |
| 6. 2001 * | 2006 |
| 7. 2002 * | 2007 |
| 8. June 6, 2003 * | February 21, 2008 |

The Federal Bureau of Prisons, (BOP), and The District of Columbia have the Plaintiff serving 2001*, 2002*, 2003*, two time (Double).

Note: 
| | REPRESENT | |
|---|---|---|
| 2006 | 2001 * | |
| 2007 | 2002 * | |
| 2008 | 2003 * | |
| | AGAIN. | |

4.

(In violation of the Plaintiff Constitutional rights. The 8th and 14th Amendment and Due Process and Equal protection of the law.)

The Plaintiff seek to be compensated for Wrongfully Confinment and False imprisonment a monetary amount of $75,000,000.00, for Compensatory, punitive and Nominal damages.

Therefore, for all the above reasons, the Plaintiff demand to be produce to the Court to discuss his claim and pray that his Tord Claim is granted.

Respectfully Submitted
on this 12th day of Aug. 2005
by Joseph Watkins

AUG 2 2 2005
RECEIVED

5.

Certificate of Service:

I, Joseph Watkins, hereby certify that a true and correct copy of the foregoing Civil Rights Complaint, has been duly served upon the Defendant, by placing same in the U.S. mail Box, postage pre-paid address: F.C.I. Schuylkill, Minersville, PA. 17954-0759

To: United States Attorney
    555 Fourth Street N.W.
    Washington, D.C. 20530

by /s/ Joseph Watkins
on this 12th day of Aug. 2005