United States District Court

For the District of Columbia.

Joseph Watkins

Plaintiff

Civil Action No. 05-1565

V.

Ronnie R. Holt, Warden
Henry J. Sadowski, Counsel and
Federal Bureau of Prisons.

Motion Pursuant to, Fed. R. Civ. Proc. Rule 15 (a)(d)
28 U.S.C.A. § 1653, In accordance with "Supplemental
Pleadings", Amendment to Pleadings.

Respectfully Submitted,
on August 10, 2005,
by Joseph Watkins

United States District Court
For the District of Columbia.

Joseph Watkins
                    Plaintiff    Civil Action no. 05-1565

            v.                          Affidavit

Ronnie R. Holt, Warden
Henry J. Sadowski, Defendant.
and the Federal Bureau of Prisons.

The District of Columbia Department of Corrections
And the Federal Bureau of Prisons, is denying the
Plaintiff's Expiendian Date and Statutory Good Time
Date.      I declare under penalty of perjury that the
Foregoing is true and correct. Executed on this 12th
day of Aug. 2005
                    by Joseph Watkins, Aug 12, 2005

(All in District of Columbia Custody.)

Date of Offense, July 18, 1986, see Exhibit E.
① 1987
② Date Resentence, August 17, 1988, see Exhibit H.
③ 1989
④ 1990
⑤ 1991
⑥ 1992
⑦ 1993
⑧ 1994
⑨ 1995
⑩ Date Warrant issued, July 2, 1996, see Exhibit B.

Date Warrant Executed, January 3, 2000, see Exhibit C.
⑪ 2001
⑫ 2002
⑬ Statutory Good Time August 17, 2003
⑭ 2004
⑮ Expiration Full term date, February 17, 2005 = 15 yrs. 1 mos. see Exhibit A
2006
What is this 2007
Additional time January 24, 2008, see Exhibit G.
For?

(All of the Plaintiff (SGT) have to come off Jan 3, 2000 to Feb. 17, 200
Rcom St. John 8/12/05    2. by joseph Watkins, Aug. 12, 2005

CERTIFICATE OF SERVICE:

I, Joseph Watkins, hereby certify that a true and correct copy of the foregoing Affidavit, has been duly served upon the U.S. Defendant, by placing same in the U.S. Mail Box, postage pre-paid address: F.C.I. Schuylkill, Minersville, PA. 17954-0759

TO: United States Attorney
555 Fourth Street N.W.
Washington, D.C. 20530

by Joseph Watkins
on this 12 day of Aug. 2005

CERTIFICATE OF SERVICE

I Joseph Watkins, hereby certify that A true and correct copy of the foregoing Motion for Supplemental Pleading, Amendment to Pleadings, has been duly served upon the Defendents, by placing same in the U.S. mail Box, postage pre-paid addressed: F.C.I. Schuylkill Minersville, PA. 17954-0759.

TO: United States Attorney
    555 Fourth Street N.W.
    Washington, D.C. 20530

by Joseph Watkins
August 10, 2005