```
PHLAU  540*23 *              SENTENCE MONITORING          *    11-09-2004
PAGE 001         *            COMPUTATION DATA            *    14:17:01
                              AS OF 11-09-2004

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


FBI NO...........: 249505P3           DATE OF BIRTH: 09-07-1952
ARS1.............: PHL/A-BOP HLD
UNIT.............: 4 NORTH             QUARTERS.....: D02-449L
DETAINERS........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-03-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-03-2006 VIA MAND REL

--------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------
COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F5901-86,F-148-94B
JUDGE..........................: KING
DATE SENTENCED/PROBATION IMPOSED: 08-17-1988  Exhibit H
DATE WARRANT ISSUED............: 07-02-1996  Exhibit B       3 years and 5 mos.
DATE WARRANT EXECUTED..........: 01-03-2000  Exhibit C
DATE COMMITTED.................: 12-13-2001
HOW COMMITTED..................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

REMARKS.......: CASE NUMBERS F-5901-86 AND F148-94B INCLUDED IN THIS COMP.

--------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 620
OFF/CHG: 33-541 ATTEMPTED DISTRIBUTION OF HEROIN (CT.C) 4-15 YRS
         22-2601 ATTEMPTED PRISON BREACH 30 DYS CS

SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS      30 DAYS  Exhibit A
NEW SENTENCE IMPOSED...........: 2944 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 07-18-1986  Exhibit E




G0002     MORE PAGES TO FOLLOW . . .
```

PHLAU  540*23 *
PAGE 002 OF 002 *

SENTENCE MONITORING
COMPUTATION DATA
AS OF 11-09-2004

*        11-09-2004
*        14:17:01

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-01-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-03-2000
TOTAL TERM IN EFFECT............:  2944 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS      22 DAYS
EARLIEST DATE OF OFFENSE........: 07-18-1986

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 773
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-12-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 07-28-2007
EXPIRATION FULL TERM DATE.......: 01-24-2008  Exhibit G

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PRESUMPTIVE PAROLE

PROJECTED SATISFACTION DATE.....: 02-03-2006
PROJECTED SATISFACTION METHOD...: MAND REL

REMARKS.......: COMP CERTIFIED BY DCRC ON 11-02-2004


G0000      TRANSACTION SUCCESSFULLY COMPLETED

Exhibit I
Exhibit I

ADP Form 19 DCDC-7-70

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2

Date Prepared
5-5-94
(Mo., Da., Yr.)

| DCDC Number 202001 | Name (Last, First, Middle) Watkins, Joseph | | | | Race | Sex |
|---|---|---|---|---|---|---|
| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |

| Offense | TOTAL SENTENCE: 4 yrs 10 days to 15 yrs 30 days plus 236 days escape less 337 days jail credit | |
|---|---|---|
| | Att. Dist. Heroin | Att. Prison Breach |
| Case Number | F-5901-86C | F-148-94B |
| Sentence (Yrs., Mos., Days) | 4/15 yrs | 30 days cons. |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 8-17-88 | 4-29-94 |
| Full Term Date (Mo., Da., Yr.) | | 6-6-2003 |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 6-22-98/ 6-16-98 EGT |
| Parole Eligibility Date (Mo., Da., Yr.) | | 10-21-90 |
| Max. Supervision Date (Mo., Da., Yr.) | | NA |
| Statutory Good Time Rate / Month | | 1810/338 |
| Plea | | Guilty |
| Committing Judge | King | Keary |
| Defense Attorney | | |
| Initialed By: | | vb JB |

| DETAINERS | | | | CONDUCT CREDITS | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | For | Action | | Date | Credits | Forfeit | Restore | Balance |
| | | | | 4-29-92 | 6 days | SAG | | |

| JAIL CREDIT DATES | | REMARKS |
|---|---|---|
| From and Including | To and Including | Void face sheet dated 8-19-88 |
| 7-19-86 | 8-3-86 = 16 | |
| 8-22-86 | 2-24-87 = 187 | $10.00 VVCC |
| 4-5-88 | 8-16-88 = 134 | |
| | TOTAL = 337 days | Inoperative escape time 1-01-91 thru 2-3-91 = 32 days |
| | Exhibit I | 3-8-93 thru 9-27-93 = 204 days |
| | | Exhibit I |

YELLOW COPY TO ADP

Exhibit I
Exhibit

IP Form 19 DCDC-7-70

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2

Date Prepared
1-5-0
(Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | | | | | | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 202 001 | WATKINS, JOSEPH | | | | | | B | m |
| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth | |
| | | | | | | 9-7-52 | WASH., D.C. | |

TOTAL SENTENCE: 8 years, 1 Month, 18 Days

**Offense** — DCPV

**Case Number** — Att. Dist. Heroin
Att. Prison Breach

**Sentence (Yrs., Mos., Days)** — Owed 2,972 Days

**Warrant Executed /o Sentence Begins (Mo., Da., Yr.)** — 1-3-2000

**Full Term Date (Mo., Da., Yr.)** — 2-21-2008     Exhibit I

**Short Term / M.R. Date (Mo., Da., Yr.)** — 1-2-2006

**Parole Eligibility Date (Mo., Da., Yr.)** — PAROLE VIOLATOR

**Max. Supervision Date (Mo., Da., Yr.)** — N/A

**Statutory Good Time Rate / Month** — 780 Days

**Plea**

**Committing Judge**

**Defense Attorney**

**Initialed By:** — dm/ps

### DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

### CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

### JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| | |

### REMARKS