**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
Ronnie R. Holt, Warden
Schuylkill F.C.I.
POB 759
Minersville, PA 17954

Civil Action, File Number __05-1565 RMU__

__Joseph Hatcher__

V.

__Ronnie R. Holt, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

---

08-31-05

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ronnie R. Holt, Warden
Schuykill F.C.I.
POB 759
Minnersville, PA 17954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  9-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0001 9681 5719

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

...ES. If you are served on behalf of a corporation, your signature your relationship to that entity. If ... ust indicate under your signature your authority.

____ days, you (or the party on whose behalf you ... omplaint in any other manner permitted by law.

...se behalf you are being served) must answer the ... ent by default will be taken against you for the

...eipt of Summons and Complaint By Mail was

_[signature]_
(USMS Official)

...D COMPLAINT
... complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 – USMS District Suspense

Form USM-299
(Rev. 6/95)



**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Henry J. Sandowski, Regional Counsel
Northeast Regional Counsel
2nd & Chestnut Streets
Philadelphia, PA 19106

Civil Action, File Number ___05-1565 RMU___

Joseph Perkins
V.
Ronnie R. Holt, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do [not] complete and return copy 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint ... by default will be taken against you for the ...

[Attached PS Form 3811 Domestic Return Receipt showing:]

Date: 8-31-05

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Henry J. Sandowski
Regional Council
NE Regional Council
2nd & Chestnut Streets
Philadelphia, PA

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X _Margaret Connors_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): MConnors
C. Date of Delivery: 9-6-05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☑ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9681 5726

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...of Summons and Complaint By Mail was...
(MS Official)

...COMPLAINT
...complaint in the above captioned manner at

...r and Street Name or P.O. Box No.

...d Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)