UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WATKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1565 (RMU) |
| | ) |
| RONNIE R. HOLT, et. al. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

The Federal Bureau of Prisons (BOP); Ronnie R. Holt, Warden, Federal Correctional Institution at Schuylkill, Pennsylvania (FCI- Schuylkill); and Henry J. Sadowski Northeast Regional Counsel, BOP; hereby move, in the above-captioned case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time, until December 19, 2005, within which to answer, move, or otherwise plead to plaintiff's Complaint. Federal Defendant's response is currently due October 31, 2005. Plaintiff filed this action pro se and is currently incarcerated in Schuykill, Pennsylvania. Because plaintiff is presently incarcerated and is proceeding pro se, LCvR 7.1(m) does not apply to this motion, and counsel therefore has not obtained his position as to the relief requested.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

The plaintiff brought this action against the BOP and two individually-named defendants in their official capacity pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, et seq. This extension is being requested to acquire the necessary information in order to adequately respond to the complaint and to investigate the allegations contained therein. Agency counsel, who normally assists in responding to the complaint, has been on leave for an extended period of time and needs additional time to provide the underlying information regarding the claim. Additionally, counsel has other responsibilities including preparing discovery responses in David v. Billington, Civil Action No. 04-0985 (RWR-DAR) due November 2, 2005; preparing for upcoming October 27, 2005 mediation, as well as the final pre trial statement due November 11, 2005 and trial set for December 5, 2006 in Rountree v. Veneman, Civil Action No. 04-0806 (ESH); preparing reply memorandum in George v. Johnson, Civil Action 01 - 0654 (HHK) due on November 1, 2005; and a Motion for Summary Judgement in Pinnaviaia v. CIA, Civil Action No. 05-1208 (PLF) due on October 31, 2005.

Accordingly, Defendants request an extension of time until December 19, 2005, to file its pleading.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

                                                          HEATHER D. GRAHAM-OLIVER
                                                          Assistant United States Attorney
                                                          Judiciary Center Building
                                                          555 4th St., N.W.
                                                          Washington, D.C.  20530
                                                          (202) 305-1334

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Extension of Time was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Joseph Watkins
># 36526-118
>Federal Correctional Institution
>Interstate 81 & 901 West
>Minersville, Pennsylvania 17954

on this 13th day of October 2005

_____
HEATHER GRAHAM-OLIVER