United States District Court
For the District of Columbia

Joseph Watkins
    Plaintiff

                    Civil Action No. 05-1565 (RMU)

V.

Ronnie R. Holt, et. al.
    Defendants.

<u>Plaintiff motion for Opposition
to the Defendant's motion for Extension of time.
And the Plaintiff's motion to be produced to the Court
for a hearing.</u>

1. The Plaintiff would like to see the "Agency counsel" leave sheet. Because, the Federal Bureau of Prisons had enough time to adequately respond to the complaint and to investigate the allegations contained therein.

2. Therefore, the Plaintiff demand to be produced to the Court for a hearing. Because, the Plaintiff 15 years and 1 month sentence has expired.

Respectfully Submitted,
by Joseph Watkins
10-18-2005

## Certificate of Service

I certify that the foregoing Motion for Opposition to the Defendant's motion for Extension of time and the Plaintiff's motion to be produced to the Court for a hearing, was served upon the Defendant's by depositing a copy of it in the U.S. Mail Box, First class postage prepaid, addressed to:

Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney

R. Craig Lawrence, D.C. Bar #171638
Assistant United States Attorney

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Joseph Watkins

10-18-2005