United States District Court
For the District of Columbia

05cv1565(RMU)

Joseph Watkins,
        Plaintiff

v.

Ronnie R. Holt, Warden, et al.
        Defendants.

Motion For Default Judgment
Pursuant to Federal Rules Civil Procedure,
Rule 55(a). 28 U.S.C.A.

Motion to the United States District Court Clerk, to Enter A Motion For Default Judgment pursuant to Federal Rules Civil Procedure, Rule 55(a) 28 U.S.C.A.

The Defendants did not Answer the Plaintiff civil action No. 05-1565, by October 31, 2005, According to the Honorable Judge Ricardo M. Urbina order.

The Plaintiff seeks $2,000,000.00 in Monetary Damages.

Respectfully Submitted, on this 3rd day of November 2005, by Joseph Watkins

Certificate of Service

I, Joseph Watkins, certify that the foregoing Motion for "Default Judgment" was served upon the Defendants, by depositing a copy of it in the U.S. Mail Box, First class postage prepaid, addressed to:

Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney

R. Craig Lawrence, D.C. Bar #171538
Assistant United States Attorney

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th St. N.W.
Washington, D.C. 20530

by [signature] J.W.
November 3, 2005