| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Mid-Atlantic, Regional Office. Annapolis Junction, MD. 20701-1169 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Joseph Watkins, Reg. # 36526-118 Schuykill F.C.I. Interstate 81 + 901 W. Minersville, PA. 17954 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 9-7-52 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT August 18 2004 | 7. TIME (A.M. OR P.M.) 12:01 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.) The Warden, Ronnie R. Holt, at F.C.I. Schuykill and the Federal Bureau of Prisons are holding me illegal. Which is causing me mental anguish and Emotional Stress. My 4 to 18 years sentence has Expired... I was sentence in the District of Columbia to 18 years and 6 mos. SEE Exhibit A. I got locked up in the State of Maryland while on parole 2 years and 5 mos. SEE Exhibit B. Warrant issued. 18 years and 6 mos. SEE Exhibit C. Warrant Excuted. Total Combine Sentences 18 years and 6 mos. My date of OFFENSE July 18, 1986, SEE Exhibit E. My full term Expiration August 18 2004. However, the System have me serving to January 24, 2008 SEE Exhibit G. Illegal

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.) Flesh in Blood man, Damage Beyond repair, Because, I am approximately 2 year and 6 mos. pass my full term expiration date. My immediate release.

All of my mandatory Good Time have to come off of August 18, 2004.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. My Sister, Elenor Watkins have been damage by this; Because, I should have been home 2 years and 6 mos. Ago.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| Ms. Elenor Watkins | 15611 Dorset rd. Laurel MD. 20710 |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) $ 75,000,000 | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE property damage my (Mind) | 12b. PERSONAL INJURY Personal injury, I am damage for life. | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $ 75,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Joseph Watkins | 13b. Phone number of signatory 301-776-5277 | 14. DATE OF CLAIM Jan. 5, 2005 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-108
Previous editions not usable.

NSN 7540-00-634-4046

FEB - 3 2005

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Exhibits page

```
   PHLAU  540*23 *            SENTENCE MONITORING           *      11-09-2004
PAGE 001          *          COMPUTATION DATA              *      14:17:01
                              AS OF 11-09-2004

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


FBI NO...........: 249505P3           DATE OF BIRTH: 09-07-1952
ARS1.............: PHL/A DOP HLD
UNIT.............: 4 NORTH             QUARTERS....: D02-449L
DETAINERS........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-03-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-03-2006 VIA MAND REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5901-86,F-148-94B
JUDGE...........................: KING
DATE SENTENCED/PROBATION IMPOSED: 08-17-1988
DATE WARRANT ISSUED.............: 07-02-1996  Exhibit B        3 years and 8 mos.
DATE WARRANT EXECUTED...........: 01-03-2000  Exhibit C
DATE COMMITTED..................: 12-13-2001
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

  REMARKS.......: CASE NUMBERS F-5901-86 AND F148-94B INCLUDED IN THIS COMP.

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 620
OFF/CHG: 33-541 ATTEMPTED DISTRIBUTION OF HEROIN (CT.C) 4-15 YRS
         22-2601 ATTEMPTED PRISON BREACH 30 DYS CS

SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:   15 YEARS     30 DAYS  Exhibit A
NEW SENTENCE IMPOSED...........: 2944 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 07-18-1986  Exhibit E



   G0002     MORE PAGES TO FOLLOW . . .
```

Exhibit page

```
PHLAU  540*23 *              SENTENCE MONITORING           *    11-09-2004
PAGE 002 OF 002 *             COMPUTATION DATA              *    14:17:01
                             AS OF 11-09-2004

REGNO..: 36526-118 NAME: WATKINS, JOSEPH


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-01-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-03-2000
TOTAL TERM IN EFFECT............: 2944 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS        22 DAYS
EARLIEST DATE OF OFFENSE........: 07-18-1986

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 773
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-12-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 07-28-2007
EXPIRATION FULL TERM DATE.......: 01-24-2008  Exhibit G

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PRESUMPTIVE PAROLE

PROJECTED SATISFACTION DATE.....: 02-03-2006
PROJECTED SATISFACTION METHOD...: MAND REL

REMARKS.......: COMP CERTIFIED BY DCRC ON 11-02-2004




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```