UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** June 9, 2005

**REPLY TO ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-01396

**TO:** Joseph Watkins, Reg. No. 36526-118
FCI Schuylkill

Your Administrative Tort Claim No. TRT-NER-2005-01396, properly received by this agency on January 12, 2005, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $75,000,000.00 for an alleged personal injury and personal property loss. Specifically, you claim you are being illegally incarcerated because your sentence has not been properly computed, causing you mental anguish and emotional stress.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals your sentence has been properly computed. There is no evidence to suggest that negligence on the part of any Bureau of Prisons' employee has resulted in your alleged personal injury and loss of personal property.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Ronnie R. Holt, Warden, FCI Schuylkill