# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WATKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1565 (RMU) |
| | ) |
| RONNIE R. HOLT, et. al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING DECLARATION OF SPENCER BASSETT AND AMENDED CERTIFICATE OF SERVICE

Now come the Defendants and in compliance with Fed. R. Civ. P. 56(e), hereby notifies the Court of the filing of the declaration of Spencer Bassett regarding the exhibits attached to the Defendants Motion to Dismiss or In the alternative for Summary Judgment (Motion to Dismiss), which was filed on January 3, 2006.

Attached hereto is also an amended Certificate of Service regarding the Motion to Dismiss.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

                HEATHER D. GRAHAM-OLIVER
                Assistant United States Attorney
                Judiciary Center Building
                555 4th St., N.W.
                Washington, D.C.  20530
                (202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Filing was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

    Joseph  Watkins
    # 36526-118
    Federal Correctional Institution
    Interstate 81 & 901 West
    Minersville, Pennsylvania 17954

on this 4th day of January 2006.

                HEATHER GRAHAM-OLIVER