UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WATKINS )<br><br>Plaintiff, )<br><br>v. )<br><br>THE UNITED STATES OF AMERICA )<br><br>Defendants. ) | Civil Action No. 05-1565 (RMU) |

### DECLARATION OF SPENCER BASSETT

I, Spencer Bassett, hereby declare and state the following:

1. I am an Attorney-Advisor for the Federal Bureau of Prisons(BOP) in Washington, D.C. I have been employed as an attorney with the BOP since August 24, 2004.

2. As an attorney with the BOP, I have access to files and records maintained in the ordinary course of business.

3. Exhibit 1 attached to Defendant's Motion to Dismiss or in the alternative for Summary Judgment is Plaintiff's Administrative Tort Claim dated January 5, 2005 and is kept by the BOP in the ordinary course of business.

4. Exhibit 2 attached to Defendant's Motion to Dismiss or in the alternative for Summary Judgment is the BOP's denial of Plaintiff's Administrative Tort Claim. This document is kept by the BOP in the ordinary course of business.

5. Exhibit 3 attached to Defendant's Motion to Dismiss or in the alternative for Summary Judgment is Warden Holt's Memorandum to Henry Sadowski regarding Plaintiff's sentence computation. This document is kept by the BOP in the ordinary course of business and was

created in response to the Plaintiff's tort claim filed with the Agency.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __4__ day of January, 2006 in Washington, D.C.

_/s/ Spencer Bassett_
Spencer Bassett
Attorney-Advisor
Litigation Branch
Federal Bureau of Prisons