## AMENDED CERTIFICATE OF SERVICE

I certify that the Motion to Dismiss or in the Alternative for Summary Judgment was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> Joseph Watkins
> # 36526-118
> Federal Correctional Institution
> Interstate 81 & 901 West
> Minersville, Pennsylvania 17954

on this 4th day of January 2005.

_____
HEATHER GRAHAM-OLIVER