UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WATKINS )<br>)<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>RONNIE HOLT, et al., )<br>)<br>       Defendants. )<br>) | Civil Action No. 05-1565 (RMU) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Federal Bureau of Prisons (BOP); Ronnie R. Holt, Warden, Federal Correctional Institution at Schuylkill, Pennsylvania (FCI- Schuylkill); and Henry J. Sadowski Northeast Regional Counsel, BOP; hereby move, in the above-captioned case for an extension of time, until February 14, 2006, within which to oppose plaintiff's motion for summary judgment. Although plaintiff's certificate of service indicates that the pleading was sent on January 12, 2006, Federal Defendants did not receive plaintiff's pleadings until January 17, 2006. Thus, Federal Defendants are requesting up until February 14, 2006, to oppose plaintiff's motion.

Plaintiff filed this action pro se and is currently incarcerated in Schuykill, Pennsylvania. Because plaintiff is presently incarcerated and is proceeding pro se, LCvR 7.1(m) does not apply to this motion, and counsel therefore has not obtained his position as to the relief requested.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner*

The plaintiff brought this action against the BOP and two individually-named defendants in their official capacity pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, et seq. Defendants filed their motion for summary judgment on January 3, 2006.

This request is being made due to the fact that undersigned counsel has pressing commitments on several other matters, including extensive preparations for trial, scheduled for February 6, 2006 and later settlement negotiations in Bernstein v. Roberts, et al., Civ. Act. No. 02-0133; researching and writing motion to dismiss in Kaufman v. Dept. of State, et al., Civ. Act. No. 05-1631, filed on January 31, 2006; preparing and filing final pretrial statement on January 30, 2006, in George v. Johnson, Civ. Act. No. 01-0654 (HHK); preparing and filing motion for summary affirmance on January 31, 2006, in Nurriddin v. Goldin, Ct. of Appeals No. 05-5386; preparing for oral argument in Webman v. BOP, et al., Ct. of Appeals No. 05-5030, scheduled for February 3, 2006; and preparing for jury trial in George supra., scheduled for February 27, 2006.

Accordingly, Defendants request an extension of time until February 14, 2006, to file their opposition to the Plaintiff's motion for summary judgment.

       Respectfully submitted,

       _____
       KENNETH L. WAINSTEIN, D.C. BAR # 451058
       United States Attorney

---

pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis added).

                                                                     _____R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Extension of Time was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Joseph Watkins
>\# 36526-118
>Federal Correctional Institution
>Interstate 81 & 901 West
>Minersville, Pennsylvania 17954

on this 31st day of January 2006

_____
HEATHER GRAHAM-OLIVER