

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

Exhibit A.

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

January 24, 2005

Joseph Watkins, Reg. No. 36526-118
Federal Correctional Institution - Schuylkill
Interstate 81 & 901 West
Minersville, Pennsylvania 17954

RE: Administrative Tort Claim No. TRT-NER-2005-01396

Dear Mr. Watkins:

This office is in receipt of your tort claim in which you seek to be compensated in the amount of $75,000,000.00 for an alleged personal injury and property loss. Your claim was properly received by this agency on January 18, 2005.

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2675, we have six months from the date of receipt to review, consider and adjudicate your claim. Accordingly, you may expect to hear from us on or before July 17, 2005.

All correspondence regarding this claim should be addressed to me at Federal Bureau of Prisons, Northeast Regional Office, Room 801, U.S. Custom House, 2nd & Chestnut Streets, Philadelphia, Pennsylvania 19106. If you have any questions about the status of your claim, or if the circumstances surrounding this claim change in any fashion, you should contact me immediately. Also, should your address change, you should advise me accordingly.

Sincerely,

Henry J. Sadowski
Regional Counsel



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Aleta T. Bodolay
Paralegal Specialist

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Telephone (202) 616-4262
Facsimile (202) 616-5200

PJP:ATBodolay:lls
157-16-NEW

January 27, 2005

Joseph Watkins
#36526-118
FCI Schuylkill
Post Office Box 759
Minersville, PA 17954-0759

    RE:   Administrative Tort Claim of Joseph Watkins

Dear Mr. Watkins:

    This is in response to the administrative tort claim dated January 5, 2005, post-marked January 6, 2005, which you presented to the Department of Justice. The Department of Justice received your claim on January 13, 2005.

    Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agency for evaluating the merits of your claim is the Federal Bureau of Prisons. Accordingly, I am forwarding your claim to the Federal Bureau of Prisons.

    Please direct all further communication regarding this matter to the Federal Bureau of Prisons at the address listed below.

                                                   Very truly yours,

                                                 ALETA BODOLAY
                                                 Paralegal Specialist
                                                 Torts Branch, Civil Division

cc:    Joyce Zoldak
       Associate General Counsel
       Federal Bureau of Prisons
       320 First Street, N.W., Room 977 HOLC
       Washington, D.C. 20534



# U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Exhibit C

| | | |
|---|---|---|
| *Aleta T. Bodolay*<br>*Paralegal Specialist* | *Post Office Box 888*<br>*Benjamin Franklin Station*<br>*Washington, D.C. 20044* | *Telephone: (202) 616-4262*<br>*Facsimile: (202) 616-5200* |

PJP:ATBodolay:hls
157-16-NEW

January 27, 2005

Joyce Zoldak
Associate General Counsel
Federal Bureau of Prisons
320 First Street, N.W., Room 977 HOLC
Washington, D.C. 20534

    RE:    <u>Administrative Tort Claim of Joseph Watkins</u>

Dear Ms. Zoldak:

    The Department of Justice received the above-captioned administrative tort claim dated January 5, 2005, post-marked January 6, 2005, on January 13, 2005. Because the claim arises out of the activities of the Federal Bureau of Prisons, in accordance with 28 C.F.R. § 14.2(b)(1), I am forwarding the matter to your office for appropriate action. Claimant has been advised of the referral and requested to direct all further communication regarding the matter to your office.

                Very truly yours,

                PHYLLIS J. PYLES
                Director
                Torts Branch, Civil Division

Enclosures

cc:    Joseph Watkins
       #36526-118
       FCI Schuylkill
       Post Office Box 759
       Minersville, PA 17954-0759

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** June 9, 2005

**REPLY TO**
**ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-01396

**TO:** Joseph Watkins, Reg. No. 36526-118
FCI Schuylkill

Your Administrative Tort Claim No. TRT-NER-2005-01396, properly received by this agency on January 12, 2005, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $75,000,000.00 for an alleged personal injury and personal property loss. Specifically, you claim you are being illegally incarcerated because your sentence has not been properly computed, causing you mental anguish and emotional stress.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals your sentence has been properly computed. There is no evidence to suggest that negligence on the part of any Bureau of Prisons' employee has resulted in your alleged personal injury and loss of personal property.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Ronnie R. Holt, Warden, FCI Schuylkill

Exhibit H

ATTACHMENT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia  
MSP/09

vs.

Joseph Watkins  # Probation Revoked

Case No. F-5901-86  
PDID No. 358594

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty to the Charge(s) of Count C Attempted Distribution of Heroin

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Count C four (4) to (15) years

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
   ☐ Observe the general conditions of probation listed on the back of this order.
   ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
   ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____
   ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
   ☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

8-17-88  
Date

[signature] Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

8-17-88  
Date

[signature] Jeffrey Smith  
Deputy Clerk

Form CD1331-10-GP-Aug. 37

```
  PHLAU  540*23  *          SENTENCE MONITORING           *    11-09-2004
  PAGE 002 OF 002 *          COMPUTATION DATA             *    14:17:01
                              AS OF 11-09-2004

  REGNO..: 36526-118 NAME: WATKINS, JOSEPH


  -------------------------CURRENT COMPUTATION NO: 010 -------------------------

  COMPUTATION 010 WAS LAST UPDATED ON 11-01-2004 AT CRO AUTOMATICALLY

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 010: 010 010

  DATE COMPUTATION BEGAN...........: 01-03-2000
  TOTAL TERM IN EFFECT.............: 2944 DAYS
  TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS      22 DAYS
  EARLIEST DATE OF OFFENSE.........: 07-18-1986

  TOTAL JAIL CREDIT TIME...........: 0
  TOTAL INOPERATIVE TIME...........: 0
  STATUTORY GOOD TIME RATE.........: 8
  TOTAL SGT POSSIBLE...............: 773
  PAROLE ELIGIBILITY...............: COMMISSION'S DISCRETION
  STATUTORY RELEASE DATE...........: 12-12-2005
  TWO THIRDS DATE..................: N/A
  180 DAY DATE.....................: 07-28-2007
  EXPIRATION FULL TERM DATE........: 01-24-2008    Exhibit G

  NEXT PAROLE HEARING DATE.........: N/A
  TYPE OF HEARING..................: PRESUMPTIVE PAROLE

  PROJECTED SATISFACTION DATE......: 02-03-2006
  PROJECTED SATISFACTION METHOD....: MAND REL

  REMARKS.......: COMP CERTIFIED BY DCRC ON 11-02-2004




  G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit I
Exhibit I

ADP Form 19 DCDC-7-70

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2

Date Prepared: 5-5-94 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 202001 | Watkins, Joseph | | |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

TOTAL SENTENCE: 4 yrs 10 days to 15 yrs 30 days plus 236 days escape less 337 days jail credit

| | | | |
|---|---|---|---|
| Offense | Att. Dist. Heroin | Att. Prison Breach | |
| Case Number | F-5901-86C | F-148-94B | |
| Sentence (Yrs., Mos., Days) | 4/15 yrs | 30 days cons. | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 8-17-88 | 4-29-94 | |
| Full Term Date (Mo., Da., Yr.) | | 6-6-2003 | |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 6-22-98 / 6-16-98 EGT | |
| Parole Eligibility Date (Mo., Da., Yr.) | | 10-21-90 | |
| Max. Supervision Date (Mo., Da., Yr.) | Paroled 4-18-95 | NA | |
| Statutory Good Time Rate / Month | | 1810/338 | |
| Plea | | Guilty | |
| Committing Judge | King | Keary | |
| Defense Attorney | | | |
| Initialed By: | | vb /B | |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| 4-29-92 | 6 days SAG | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| 7-19-86 | 8-3-86 = 16 |
| 8-22-86 | 2-24-87 = 187 |
| 4-5-88 | 8-16-88 = 134 |
| | TOTAL = 337 days |

**REMARKS**

Void face sheet dated 8-19-88

$10.00 VVCC

Inoperative escape time
1-03-91 thru 2-3-91 = 32 days
3-8-93 thru 9-27-93 = 204 days

Exhibit I
Exhibit I

YELLOW COPY TO ADP

ATTACHMENT A

**RETURN TO JAIL**

DATE 4/29/94

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

Joseph Watkins

Case No. F 148-94
PDID No. 356-594

MED 114

SERVING TIME

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of

Prison Breach (Attempt)

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to

Thirty (30) days consecutive

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803(b) of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute copies to Probation 30 days of release

Costs in the aggregate amount of $100.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

4/29/94                                       Ann O'Regan Keary
Date                                          Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

4/29/94                                       Patricia L. Baker
Date                                          Deputy Clerk

Exhibit B

# DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**   Number PE - 30234-96

W.N.# - W0093254

TO: Any Officer of the D.C. Department of Corrections
Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: Watkins, Joseph            DCDC # 202-001
    ALIAS: Bobby Watkins/Gordon Gibson    PDID # 356-594
                                          FBI # 249-505-F3
    LAST KNOWN ADDRESS: 15611 Dorset Rd.,    DOB: 09-07-1952
                        Laurel, Maryland     RACE: BLK    SEX: M
    PAROLE OFFICER: Omowale S. Ogbonna      HEIGHT: 6'11   WEIGHT: 180
    SENTENCE TYPE: X Adult  __YRA  __FYCA*  __YRA & Adult  __FYCA & Adult
    SUBJECT'S LOCATION: X At large  __ Confined at _____

EXECUTED: 1/3/02
COMP. RETURN –

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of Att. Dist. of Heroin/Att. Prison Breach and was on the 17th day of April, 19 95, released on parole from the CDF.

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this 2nd day of July, 19 96.

Exhibit B

_____
Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19__ and the person named MUST NOT be held beyond that time.

BOP.280  7/20/93

# CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Street Address: 14735 MAIN STREET, UPPER MARLBORO, MD
Zip Code: 20772
Telephone No.: (301) 952-4786
MD Relay Telephone No.: 1-800-735-2258

State of Maryland
vs.

Case No(s): CT962083X
Tracking No: 9400002031485 / CR3E00054967

Defendant: JOSEPH WATKINS
D.O.B.: 9-07-52
Date Sentence Imposed: 5-29-97

## COMMITMENT RECORD

TO: [xx] Commissioner of Correction   [ ] Warden/Sheriff of _____ Jail/Detention

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody.

JUDGE: SOTHORON

The Defendant has been found guilty as:

Case/Count/Offense No.: CT. 3   Charge: ATTEMPT ROBBERY   Art: COMMON   Sec: LAW
Sentence: 10 YEARS   [ ] Concurrent with   [ ] Consecutive to Case/Count/Offense No.
[ ] Parole Eligibility Restrictions   Art __ Sec __ (Provide Details in Additional Sentencing Information)

Case/Count/Offense No.: CT. 5   Charge: ASSAULT   Art: COMMON   Sec: LAW
Sentence: 1 YEAR   [xx] Concurrent with   [ ] Consecutive to Case/Count/Offense No. CT. 3
[ ] Parole Eligibility Restrictions

Case/Count/Offense No.: CT. 2   Charge: FALSE IMPRISONMENT   Art: COMMON   Sec: LAW
Sentence: 1 YEAR   [xx] Concurrent with   [ ] Consecutive to Case/Count/Offense No. CT. 3
[ ] Parole Eligibility Restrictions

Split Sentence: All but 5 YEARS is/are suspended and the defendant is placed on probation for a period of 5 YEARS commencing upon (check one):
[xx] 1. Release of Defendant from physical incarceration
[ ] 2. Release of defendant from parole or mandatory supervision pursuant to Art. 41, §4-612

The total time to be served is 5 YEARS, to run

Select Only One:
[xx] A. concurrent with any other outstanding or unserved sentence and begin on 9-30-96
[ ] B. consecutive to the last sentence to expire of all outstanding and unserved Maryland sentences
[ ] C. consecutive to the sentence imposed in case No. _____

The defendant has been awarded 241 days credit for time served prior to and not including date of sentence (Art. 27, §638C)

ADDITIONAL SENTENCING INFORMATION/PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY:
PUBLIC DEFENDER FEE WAIVED

$ 145.00   [ ] court costs have been waived due to indigency

[ ] Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation
[ ] Sentence modification. This commitment supersedes commitments issued on _____

ATTACHMENTS HERETO INCLUDE: [ ] Additional Sentence(s)   [ ] Order for Probation   [ ] Conditions of Parole
[ ] Order for Reimbursement of Public Defender   [xx] Other: MARYLAND SENTENCING GUIDELINES

Exhibit C

DEC-28-1999 TUE 03:37 PM                           FAX NO.                           P. 04/34

WARRANT for return of Paroled Prisoner __Watkins, Joseph__

DCDC No. __202-001__ to the Central Detention Facility, Washington, D.C.

================================================================

EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE

_____, District of __Columbia__

Received this writ the __03__ day of __Jan__, ⊚ __2000__, and executed same by arresting Paroled Prisoner __Watkins, Joseph__ at __Eastern Corr. Inst. Westover, Maryland__ this __03__ day of __Jan 2000__, at ____ a.m./p.m., and committing him/her to __D.C. Jail - CDF 1901 - D St. S.E. Washington, D.C. 20003__

TODD W. DILLARD
U. S. Marshal
Superior Court
District of Columbia

~~Executing Officer~~ __Charles A. Hall__
DUSM

Further executed same by commitment of the above-named Paroled Prisoner to __D.C. Jail - CDF -__ ▬▬▬ at __1901 - D St. S.E. Wash. D.C.__ (CAH) on this __03__ day of __Jan__, ⊚ __2000__, at ____ a.m./pm., the institution designated by the Attorney General, with this copy of the Warrant and the Statement of Alleged Violations attached hereto.

TODD W. DILLARD
U. S. Marshal
Superior Court
District of Columbia

~~Executing Officer~~ __Charles A. Hall__
DUSM

Rec'd 01/1/02 at FCI Schuylkill
John Nash, Warden
by: Bakanjelli

================================================================

NOTE: One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.



Exhibit P

## XII. Recommendation:

Revoke parole. None of the time spent on parole shall be credited. Continue to a presumptive parole after the service of 78 months on 3/25/03. ** Error retrieving conditions file 3 Drug/Alcohol Aftercare **

## XIII. Reasons:

Your parole violation behavior has been rated as Category Six severity because it involved criminal violations, specifically: Six during which you forced the victim to accompany you to a different location. Your new salient factor score is 2. As of 7/17/01, you have been in state custody for 58 months. Guidelines established by the Commission indicate a customary range of 78-100 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

Subsequent statutory interim not required.

Addendum by Shoquist prepared August 6, 2001

I concur with rating the offense severity as a Category Six in that this situation corresponds to the example in the manual relative to a kidnapping where the victim is released unharmed after a limited duration.

However, based on subject's extensive criminal history and previous violations of probation and parole, I believe a decision near the top of the guidelines is warranted.

In addition the 0-2 recision guidelines must also be added as noted at the last hearing.

Recommendation:

Continue to a presumptive parole after the service of 96 months, September 29, 2004 with the special drug aftercare condtion.

WATKINS.202    Typist: KYD    Date Typed: July 19, 2001    Page 6 of 6

IP Form 19 DCDC-7-70

Exhibit I
Exhibit

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

Date Prepared: 1-5-0 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 202 001 | WATKINS, JOSEPH H | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | 9-7-52 | Wash., D.C. |

TOTAL SENTENCE: 6 years, 1 Month, 18 Days

Offense: DCPV
Att. Dist. Heroin
Att. Prison Breach

Case Number:

Sentence (Yrs., Mos., Days): 0 uceo 2,978 Days

Warrant Executed / Sentence Begins (Mo., Da., Yr.): 1-3-2000 ←

Full Term Date (Mo., Da., Yr.): 2-21-2008

Short Term / M.R. Date (Mo., Da., Yr.): 1-3-2006

Parole Eligibility Date (Mo., Da., Yr.): Parole Violator

Max. Supervision Date (Mo., Da., Yr.): N/A

Statutory Good Time Rate / Month: 780 Days

Plea:

Committing Judge:

Defense Attorney:

Initialed By: JM/TB

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| | |

**REMARKS**