UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WATKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1565 (RMU) |
| | ) |
| RONNIE HOLT, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Federal Bureau of Prisons (BOP); Ronnie R. Holt, Warden, Federal Correctional Institution at Schuylkill, Pennsylvania (FCI- Schuylkill); and Henry J. Sadowski Northeast Regional Counsel, BOP; hereby move, in the above-captioned case for an extension of time, until March 14, 2006, within which to oppose plaintiff's motion for summary judgment. The opposition is currently due on today's date, February 14, 2006.

Plaintiff filed this action pro se and is currently incarcerated in Schuykill, Pennsylvania. Because plaintiff is presently incarcerated and is proceeding pro se, LCvR 7.1(m) does not apply to this motion, and counsel therefore has not obtained his position as to the relief requested.[1]

The plaintiff brought this action against the BOP and two individually-named defendants

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

in their official capacity pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, et seq. Defendants filed their motion to dismiss on January 3, 2006.

This request is being made due to the fact that counsel for appellee has pressing commitments on several matters, including an oral argument in <u>Davis v. Dept. Of Justice</u>, Ct. of Appeals No. 04-5406 on February 13, 2006; an appellate brief in <u>Bakeer Ali v. Edward Reilly, Jr., et al.</u>, 04-5178, due on February 17, 2006; and preparation for trial in <u>George v. Johnson</u>, Civ. Act. No. 01-0654 (HHK), on February 27, 2006, which will last four to five days thereafter.

Accordingly, Defendants requests an extension of time until March 14, 2006, to file their opposition to the Plaintiff's motion for summary judgment.

                          Respectfully submitted,

                          _____
                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                          United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Extension of Time was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Joseph Watkins
># 36526-118
>Federal Correctional Institution
>Interstate 81 & 901 West
>Minersville, Pennsylvania 17954

on this 14th day of February 2006

_____
HEATHER GRAHAM-OLIVER