United States District Court
For the District of Columbia

Joseph Watkins
    Plaintiff
v.                  No. 1565-RMU

Ronnie R. Holt, et al.
    Respondent

Please, send the Plaintiff legal mail to U.S.P. Allenwood, P.O. Box 3000, White Deer, PA. 17887. The Plaintiff have been transfer.

Respectfully Submitted,
by Joseph Watkins
February 15, 2006

RECEIVED
FEB 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT