United States District Court
For the District of Columbia

Joseph Watkins,
    Plaintiff

v.                    Civil Action NO.
                       05-1565 (RMU)

Ronnie R. Holt, Et al.,
    Defendants.

Pursuant to rule 56
Motion to grant Summary Judgment.

The Plaintiff move the Court to grant Summary Judgment in Favor of the Plaintiff. Because, the Defendant has Fail to respond to the Extension of time until march 19, 2006 to File Opposition Motion for Summary Judgment

                      Respectfully Submitted,
                      by Joseph Watkins
                      March 17, 2006

CERTIFICATE OF SERVICE

I, Joseph Watkins, certify that the foregoing motion to grant Summary Judgment was served upon the Defendants by depositing a copy of it in the U.S. mail, First class postage prepaid, addressed U.S.P. Allenwood P.O. Box 3000, White Deer, PA. 17887

Heather D. Graham-Oliver
Assistant United States Attorney
555 4th St. N.W.
Washington, D.C. 20530

Respectfully Submitted,
by Joseph Watkins
March 17, 2006