UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH WATKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONNIE HOLT, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-1565 (RMU) <br> Dkt. # 15-16, 18, 23 |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #15] is GRANTED, and the motion for summary judgment [Dkt. #16] is DENIED as moot. It is further

ORDERED that plaintiff's motion for summary judgment [Dkt. #18] is DENIED. It is further

ORDERED that defendants' motion for an extension of time [Dkt. #23] is GRANTED *nunc pro tunc*. It is further

ORDERED that this civil action is DISMISSED. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICARDO M. URBINA
United States District Judge

Date: August 10, 2006