United States District Court
For the District of Columbia

Joseph Watkins
Plaintiff

v.                              Civil Action No. 05-1565
                                        (RMU)
Ronnie Holt, et al.,
              Defendant

Motion For Discovery LR 26.4

1. For all record pertaining to this case

2. For any relevant conduct prior or after this incident.

3. Names and, if known, addresses and telephone number of persons "likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings";

4. Copies or descriptions of all "documents, data collections,

5. Computation sheets and material supporting the computation.

Respectfully Submitted
[signature]
9-6-06

RECEIVED
SEP 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I Joseph Watkins, certify that this Motion For Discovery LR 26.4, was given to prison officials on 9-7-06 for forwarding to United States District Court for the District of Columbia.

I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. §1746

Joseph Watkins
9-7-06